# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES       *

                     *

     v.           *       CASE NO.   20-12253

                     *

DWAYNE STARKS     *

                     *

                 *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[✓]    That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]    Video Teleconferencing

[ ]    Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

     [ ]    The Defendant (or the Juvenile) is detained at a facility lacking video

     teleconferencing capability.

     [ ]  Other:

Date:    8/18/2020                       s/Michael A. Hammer

                                          Honorable Michael A. Hammer

                                          United States Magistrate Judge